UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARJUN BAKSHI,<br><br>           Plaintiff,<br><br>     v.<br><br>GINA RAIMONDO, et al.,<br><br>           Defendants. | Case No. 8:22-cv-02170-CJC-DFM<br><br>**ORDER CONTINUING PLEADING DEADLINES AND ISSUANCE OF SCHEDULING ORDER**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

The Court, having considered the parties' Stipulation for Order Continuing Pleading Deadlines and Issuance of Scheduling Order (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The following dates and deadlines are continued and modified as follows:
    a. Deadline for Plaintiff to file a First Amended Complaint – November 24, 2023
    b. Deadline for Defendant to file a response to the First Amended Complaint – December 22, 2023
    c. Deadline to conduct early meeting of counsel – January 24, 2024

   d. Deadline to file report of early meeting of counsel – January 31, 2024

   e. Issuance of Scheduling Order – February 15, 2024

IT IS SO ORDERED

Dated: October 18, 2023

                       _____
                       HONORABLE CORMAC J. CARNEY
                       UNITED STATES DISTRICT JUDGE

2