UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARJUN BAKSHI,<br><br>        Plaintiff,<br><br>        v.<br><br>GINA RAIMONDO, et al.,<br><br>        Defendants. | Case No. 8:22-cv-02170-CJC-DFM<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAING AND CONTINUING PLEADING DEADLINES AND ISSUANCE OF SCHEDULING ORDER**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

The Court, having considered the parties' Stipulation for Order Granting Leave to File Second Amended Complaint and Continuing Pleading Deadlines and Issuance of Scheduling Order (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The following dates and deadlines are continued and modified as follows:
   a. Deadline for Plaintiff to file a Second Amended Complaint – January 5, 2024
   b. Deadline for Defendant to file a response to the Second Amended Complaint – January 26, 2024

    c. Deadline to conduct early meeting of counsel – January 24, 2024

    d. Deadline to file report of early meeting of counsel – May 1, 2024

    e. Issuance of Scheduling Order – May 16, 2024

IT IS SO ORDERED

Dated: December 13, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE