ARJUN BAKSHI,
4671 Ranchgrove Drive
Irvine, California 92604
    Telephone: (310) 770-3318
    Email: oobakshi@gmail.com

*Pro se* Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL B. LA SCALA (Cal. Bar No. 186939)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2467
    Facsimile:   (213) 894-7819
    E-mail:  paul.lascala@usdoj.gov

Attorneys for Defendant Gina Raimondo,
Secretary, U.S. Department of Commerce

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARJUN BAKSHI,<br><br>    Plaintiff,<br><br>    v.<br><br>GINA RAIMONDO, et al.,<br><br>    Defendants. | Case No. 8:22-cv-02170-CJC-DFM<br><br>**STIPULATION FOR ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE, AND CONTINUING ISSUANCE OF SCHEDULING ORDER; DECLARATION OF ARJUN BAKSHI**<br><br>([PROPOSED] ORDER FILED CONCURRENTLY HEREWITH)<br><br>Honorable Cormac J. Carney<br>United States District Judge |

1

IT IS HEREBY STIPULATED by and between *pro se* plaintiff ARJUN BAKSHI ("Plaintiff") and defendant GINA RAIMONDO, in her official capacity as Secretary U.S. Department of Commerce ("Defendant") (together, the "Parties"), subject to the Court's approval, that Plaintiff be given leave to file a Third Amended Complaint ("TAC"), that Plaintiff's TAC must be filed by March 8, 2024, that the Court set a briefing schedule on Defendant's motion to dismiss the TAC, and that the Court's issuance of a Scheduling Order will be extended by 30 days to June 14, 2024.

The Parties respectfully submit that good cause exists to approve this stipulation based on the following:

(1) On December 1, 2022, Plaintiff filed his Complaint. Dkt. 1.

(2) On September 14, 2023, Defendant moved to dismiss Plaintiff's Complaint. Dkt. 26.

(3) On September 17, 2023, the Court issued a Notice of Intent, notifying the Parties that the Court will issue a Scheduling Order on November 16, 2023. Dkt. 27.

(4) On October 5, 2023, the Court issued an Order dismissing Plaintiff's Complaint and permitting Plaintiff to file an amended complaint by October 25, 2023. Dkt. 28.

(5) On October 17, 2023, the parties filed a stipulation to continue the pleading deadlines and the issuance of a scheduling order. Dkt. 29.

(6) On October 18, 2023, the Court granted the parties' stipulation and, among other things, ordered Plaintiff to file a First Amended Complaint ("FAC") by November 24, 2023. Dkt. 30.

(7) On November 21, 2023, Plaintiff filed a FAC. Dkt. 34.

(8) On December 12, 2023, the parties filed a stipulation for an order granting Plaintiff leave to file a Second Amended Complaint ("SAC"), setting a deadline for Defendant's response to the SAC, and continuing the date for the issuance of a scheduling order. Dkt. 36.

(9) On December 13, 2023, the Court issued an order granting the parties' stipulation allowing Plaintiff to file a SAC by January 5, 2024, with Defendant's response due by January 26, 2024. Dkt. 37.

(10) On January 2, 2024, Plaintiff filed his SAC. Dkt. 38.

(11) On January 24, 2024, Defendant filed a motion to dismiss the SAC on the grounds that Plaintiff's claims are preempted and that Plaintiff has failed to state a claim upon which relief may be granted. Dkt. 39. With a February 26, 2024 hearing date, Plaintiff's opposition to the motion to dismiss is due February 5, 2024. *See* L.R. 7-9.

(12) On February 2, 2024, Plaintiff and counsel for Defendant participated in a conference call during which Plaintiff requested an opportunity to file a TAC for the limited purpose of replacing citations to California statutory and case law with citations to federal law. *See* Attached Declaration of Arjun Bakshi ("Bakshi Decl.") ¶ 2, attached hereto.

(13) Due to personal medical issues and a planned trip to India, Plaintiff requests until March 8, 2024 to file a TAC. *See* Bakshi Decl. ¶ 3.

(14) As it is Defendant's position that Plaintiff's amendments to add federal authority to the TAC will not remedy the deficiencies of his claims, the parties agree to the following briefing schedule subject to the Court's approval:

    a. Defendant's motion to dismiss – March 29, 2024
    b. Plaintiff's opposition – April 19, 2024
    c. Defendant's reply – May 3, 2024
    d. Hearing – May 20, 2024 at 1:30 p.m.

(15) The parties further request a 30-day continuance of the issuance of a scheduling order, from May 15, 2024 to June 14, 2024, to allow them more time to participate in a Fed. R. Civ. P. 26(f) conference and prepare a joint report following the May 20, 2024 hearing on Defendant's motion to dismiss the TAC.

(16) This is the parties' third and final stipulation requesting the Court to issue an order allowing Plaintiff to file a further amendment to his complaint.

For these reasons, the Parties respectfully request that the Court approve this stipulation granting Plaintiff leave to file a TAC, setting a briefing schedule on Defendant's motion to dismiss the TAC, and continuing the deadline for the issuance of a Scheduling Order.

Dated: February 2, 2024

Respectfully submitted,

_____
ARJUN BAKSHI
*Pro Se* Plaintiff

Dated: February 2, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Paul B. La Scala*
PAUL B. LA SCALA
Assistant United States Attorney

Attorneys for Defendant Gina Raimondo, Secretary, U.S. Department of Commerce

## DECLARATION OF ARJUN BAKSHI

I, ARJUN BAKSHI, do hereby declare and state as follows:

1. I am the plaintiff in this action and am currently representing myself. I make this declaration based upon my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. On February 2, 2024, I called counsel for Defendant, Assistant United States Attorney Paul La Scala, and requested an opportunity to file a Third Amended Complaint for the limited purpose of replacing citations to California statutory and case law with citations to federal law.

3. I am requesting a month to prepare a Third Amended Complaint because I am dealing with medical issues and because I need to travel with my mother to India so that we can distribute my father's ashes according to custom.

Executed under penalty of perjury under the laws of the United States on February 2, 2024, at Irvine, California.

_____
ARJUN BAKSHI