UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ARJUN BAKSHI,<br><br>            Plaintiff,<br><br>     v.<br><br>GINA RAIMONDO, et al.,<br><br>            Defendants. | Case No. 8:22-cv-02170-CJC-DFM<br><br>**ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE, AND CONTINUING ISSUANCE OF SCHEDULING ORDER**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

The Court, having considered the parties' Stipulation for Order Granting Leave to File Third Amended Complaint, Setting Briefing Schedule, and Continuing Issuance of Scheduling Order (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The following dates and deadlines are continued and modified as follows:
    a. Deadline for Plaintiff to file a Third Amended Complaint – March 8, 2024
    b. Deadline for Defendant to file a motion to dismiss the Third Amended Complaint – March 29, 2024

1

    c. Deadline for Plaintiff to file an opposition to Defendant's motion to dismiss the Third Amended Complaint – April 19, 2024

    d. Deadline for Defendant to file a reply brief in support of her motion to dismiss the Third Amended Complaint – May 3, 2024

    e. Hearing on Defendant's motion to dismiss Third Amended Complaint – May 20, 2024 at 1:30 p.m.

    f. Deadline to conduct early meeting of counsel – May 24, 2024

    g. Deadline to file report of early meeting of counsel – May 31, 2024

    h. Issuance of Scheduling Order – June 14, 2024

IT IS SO ORDERED.

Dated: February 5, 2024

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE