JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN BAKSHI, | No. 8:22-cv-02170-MRA-DFMx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOWARD LUTNICK, Secretary, U.S. Department of Commerce, | |
| Defendant. | |

1

Pursuant to the Verdict rendered in the above-captioned action on February 25, 2026 [ECF No. 120], and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to Title VII of the Civil Rights Act of 1964.

2. The parties in this case are:

   a. Plaintiff Arjun Bakshi

   b. Defendant Howard Lutnick, in his official capacity as the Secretary of the United States Department of Commerce

3. The operative pleadings in this case are the Third Amended Complaint [ECF No. 46] and the Answer to the Third Amended Complaint [ECF No. 63].

4. Defendant Howard Lutnick, in his official capacity as the Secretary of the United States Department of Commerce, shall have **JUDGMENT** in his **FAVOR** and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of his Third Amended Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

     **IT IS SO ORDERED.**

DATED: February 27, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2